# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

MELISSA WOLFE and MISTY JOHNSON,
Individually and on Behalf of all Others
Similarly Situated                                                    PLAINTIFFS

v.                          No. 5:17-cv-245-DPM

BASSAM ARAFA; MONTICELLO SEAFOOD
EATERY, INC.; WHITEHALL SEAFOOD, INC.;
WYNNE SEAFOOD & MORE, INC.; and
FORREST CITY SEAFOOD, INC.                                            DEFENDANTS

## ORDER

For the reasons stated on the record at the 16 October 2018 hearing, the Court made the following rulings:

- Oral motion to dismiss Wynne Seafood & More, Inc. and Forrest City Seafood, Inc. without prejudice, granted;
- Motion to amend, № 39, partly denied without prejudice as moot and partly denied;
- Motion to dismiss Misty Johnson without prejudice, № 38, granted;
- Motion to disqualify counsel, № 40, denied; and,
- Oral motion for Court-ordered mediation, denied.

Joint report on scheduling issues due by Friday, 26 October 2018.

So Ordered.

*DPMarshall Jr.*
D.P. Marshall Jr.
United States District Judge

16 October 2018