# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

**MELISSA WOLFE**                                          **PLAINTIFF**

v.                                **No. 5:17-cv-245-DPM**

**BASSAM ARAFA;**
**MONTICELLO SEAFOOD**
**EATERY, INC.; and WHITEHALL**
**SEAFOOD, INC.**                                       **DEFENDANTS**

## ORDER

1. Monticello Seafood Eatery, Inc. and Whitehall Seafood, Inc., didn't get new lawyers, № 68. The case is stayed and administratively terminated against these two corporations. The case will continue against Mr. Arafa; he now represents himself. Arafa must familiarize himself with, and follow, the Eastern District of Arkansas's Local Rules as well as the Federal Rules of Civil Procedure.

2. Motions to withdraw, № 66 & 67, granted with instructions. Scurlock and Krell must provide Arafa's contact information to both Wolfe and the Clerk of Court. They must also send Arafa a copy of this Order, and file a confirming notice.

So Ordered.

_D.P. Marshall Jr._
D.P. Marshall Jr.
United States District Judge

_17 December 2018_