# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

MELISSA WOLFE, Individually,
and on Behalf of all Others                                    PLAINTIFF/
Similarly Situated                                    COUNTER-DEFENDANT

v.                      No. 5:17-cv-245-DPM

BASSAM ARAFA                                               DEFENDANT/
                                                        COUNTERCLAIMANT

## ORDER

To better manage the Court's schedule, the trial will begin 16 December 2019. All deadlines remain unchanged.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

5 February 2019