# IN THE UNITED STATES DISTRICT COURT
## EASTERN DISTRICT OF ARKANSAS
## PINE BLUFF DIVISION

MELISSA WOLFE, Individually,
and on Behalf of all Others                          PLAINTIFF/
Similarly Situated                              COUNTER-DEFENDANT

v.                    No. 5:17-cv-245-DPM

BASSAM ARAFA                                      DEFENDANT/
                                             COUNTER-CLAIMANT

## ORDER

The Court appreciates Wolfe's status report, № 76. Arafa must respond to Wolfe's motion for summary judgment, № 73, by 19 April 2019.

So Ordered.

_____
D.P. Marshall Jr.
United States District Judge

_____
12 April 2019