# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

MELISSA WOLFE, Individually,
and on Behalf of all Others
Similarly Situated                                              PLAINTIFF

v.                      No. 5:17-cv-245-DPM

BASSAM ARAFA                                                    DEFENDANT

## ORDER

**1.** Wolfe moves for summary judgment on her FLSA and AMWA claims. Arafa hasn't responded to the motion. Wolfe worked for about four months as a manager for a seafood restaurant owned by Arafa. She says she worked around eighty hours per week but was paid only for forty hours per week. № 74 at 2–3. Arafa hasn't presented any evidence showing that Wolfe was paid properly; he's failed to meet proof with proof. *Conseco Life Insurance Co. v. Williams*, 620 F.3d 902, 909 (8th Cir. 2010). Wolfe's unopposed motion, № 73, is therefore granted.

**2.** The Amended Final Scheduling Order, № 63, is suspended. Damages will be established at trial on 7 August 2019 at 1:30 p.m. in Little Rock Courtroom B-155. A Second Amended Final Scheduling Order — confirming the trial date and setting only a due date for pretrial statements and exhibit details — will issue. Wolfe must send Arafa a copy of this Order, and the Second Amended Final Scheduling Order,

by certified mail, return receipt requested; and she must file notice of having done so by 31 May 2019.

So Ordered.

*D.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

20 May 2019