# IN THE UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF ARKANSAS
# PINE BLUFF DIVISION

MELISSA WOLFE                                                    PLAINTIFF

v.                         No. 5:17-cv-245-DPM

BASSAM ARAFA                                                    DEFENDANT

## ORDER

For the reasons stated on the record at the 7 August 2019 trial, Wolfe's motion for attorney's fees and costs, № 85, is mostly granted and partly denied. The time spent by Wolfe's lawyers is reasonable, but the hourly rates are high for a wage-and-hour case in the Eastern District of Arkansas. The Court awards:

| | | |
|---|---|---|
| Josh Sanford | — 37.45 hours x $250/hour = | $9,362.50 |
| Vanessa Kinney | — 3.2 hours x $200/hour = | $640.00 |
| Steve Rauls | — 68.8 hours x $175/hour = | $12,040.00 |
| Rebecca Matlock | — 8.0 hours x $150/hour = | $1,200.00 |
| | | $23,242.50 |

The Court also awards a reduced amount in costs. FED. R. CIV. P. 54(d)(1); 28 U.S.C. § 1920. The filing fee and copy costs are taxable, but postage is not. And the Court declines to award Wolfe mileage to attend her own deposition. The Court therefore assesses $420 in costs.

\* \* \*

The Court awards Wolfe a reasonable attorney's fee of $23,242.50 and $420 in costs.

So Ordered.

*W.P. Marshall Jr.*
D.P. Marshall Jr.
United States District Judge

*8 August 2019*